UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM RENJOIR,

    Plaintiff,

    v.

ARMED SERVICES COMMITTEE,

    Defendants.

CASE NO. C13-1241-RAJ

REPORT AND RECOMMENDATION

Plaintiff William Renjoir, proceeding *pro se*, submitted an application to proceed *in forma pauperis* (IFP) and a proposed complaint to this Court for review.  (Dkt. 1.)  He brings his claims against the Armed Services Committee, and describes his case as follows: "Repeated attempts to report, revise and discontinue multiple life threatening programs, contracts and protocols approved by the Federal Government to the US Armed Services Committee without response while enduring physical and psychological damages and injury." (Dkt. 1-1.)

REPORT &
RECOMMENDATION
PAGE -1

Under 28 U.S.C. § 1915(e), the district court must dismiss a case "at any time" it determines a complaint is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant immune from such relief. § 1915(e)(2)(B). Section 1915(e) applies to all IFP proceedings, not just those filed by prisoners. *Lopez v. Smith*, 203 F.3d 1122, 1127 (9th Cir. 2000).

A review of the Court's filing system reveals plaintiff has filed a number of similar cases in this Court, several of which have been recommended for dismissal as frivolous or otherwise dismissed. *See* C13-1043-MJP, C13-1204-RSL, C13-5556-BHS. In this case, plaintiff fails to set forth facts sufficient to state a cognizable claim against the defendant, fails to set forth any basis for jurisdiction in this Court, and submits a complaint that appears frivolous on its face. Accordingly, the Court recommends that plaintiff's IFP application be STRICKEN and this matter DISMISSED with prejudice. A proposed Order accompanies this Report and Recommendation.

DATED this 18th day of July, 2013.

/s/MARY ALICE THEILER
Mary Alice Theiler
United States Magistrate Judge