01
02
03
04
05

06         UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
07                    AT SEATTLE

08  WILLIAM RENJOIR,                    )
                                        )  CASE NO. C13-1241-RAJ
09      Plaintiff,                      )
                                        )
10      v.                              )
                                        )  ORDER STRIKING *IN FORMA*
                                        )  *PAUPERIS* APPLICATION AND
11  ARMED SERVICES COMMITTEE,           )  DISMISSING CASE
                                        )
12      Defendant.                      )
    _____)
13
        The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP),
14
    his complaint, the Report and Recommendation of Mary Alice Theiler, United States
15
    Magistrate Judge, and the remaining record, orders as follows.

16      (1)  The Court adopts the Report and Recommendation (Dkt. # 3).

17      (2)  The court strikes Plaintiff's IFP application and directs the clerk to DISMISS
18           this case with prejudice and enter judgment for Defendant;

19      (3)  The Clerk shall send a copy of this Order to plaintiff and ensure that Judge
             Theiler receives notice of this order.
20
        DATED this 26th day of August, 2013.
21
                                              *[signature: Richard A. Jones]*
22                                            _____
                                              The Honorable Richard A. Jones
                                              United States District Court Judge

ORDER STRIKING *IN FORMA PAUPERIS*
APPLICATION AND DISMISSING CASE
PAGE -1