UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM RENJOIR, | ) |
| | ) CASE NO. C13-1241-RAJ |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER STRIKING *IN FORMA* |
| | ) *PAUPERIS* APPLICATION AND |
| ARMED SERVICES COMMITTEE, | ) DISMISSING CASE |
| | ) |
| Defendant. | ) |
| _____ | ) |

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP), his complaint, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, orders as follows.

(1) The Court adopts the Report and Recommendation (Dkt. # 3).

(2) The court strikes Plaintiff's IFP application and directs the clerk to DISMISS this case with prejudice and enter judgment for Defendant;

(3) The Clerk shall send a copy of this Order to plaintiff and ensure that Judge Theiler receives notice of this order.

DATED this 26th day of August, 2013.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Court Judge

ORDER STRIKING *IN FORMA PAUPERIS*
APPLICATION AND DISMISSING CASE
PAGE -1